IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IAN PADMORE, | : | Civil No. 3:21-cv-1202 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN STEPHEN SPAULDING, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 18th day of October, 2021, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DISMISSED** without prejudice. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge